DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Fernando Murguia-Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FERNANDO MURGUIA-OCHOA,<br><br>    Defendant | Case No.: 2:08 CR 00417 MCE<br><br>STIPULATION AND ORDER TO CONTINUE MOTION TO SUPPRESS EVIDENCE HEARING |

It is hereby stipulated between the parties that the Motion to Suppress Evidence Hearing currently scheduled for September 9, 2010 should be continued to December 9, 2010, at 9:00 a.m.

It is stipulated that time from September 9, 2010 to December 9, 2010, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(8)(B)(iv), and Local Code T4, and 18 U.S.C.§3161(h)(1)(D) and Local Code E, as the Motion to Suppress is still pending.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel may have reasonable time necessary for effective preparation of opposition and reply briefs, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

STIP AND ORDER TO EXTEND TIME - 1

The parties further request that this matter be taken off the September 9, 2010, calendar and be rescheduled to December 9, 2010 at 9:00 a.m..

Respectfully submitted,

Date:  9-8-10                                         By:  /s/ Danny D. Brace, Jr.,
                                                      DANNY D. BRACE, JR.,
                                                      Attorney for
                                                      Murguia-Ochoa

Date: 9-8-10                                          By: /s/ Michael D. Long
                                                      Authorized to sign for Mr. Long
                                                      On September 8, 2010
                                                      MICHAEL D. LONG
                                                      For Zepeda-Lopez

Date: 9-8-10                                          By:  /s/ Douglas Beevers
                                                      Authorized to sign for Mr. Beevers
                                                      On September 8, 2010
                                                      DOUGLAS BEEVERS
                                                      For Anguiano

Date: 9-8-10                                          By: /s/ Thomas Johnson
                                                      Authorized to sign for Mr. Johnson
                                                      On September 8, 2010
                                                      THOMAS JOHNSON
                                                      For Ortega

///

///

///

///

///

///

///

STIP AND ORDER TO EXTEND TIME - 2

| | |
|---|---|
| Dated: 9-8-10 | By: /s/<u>Dan Koukol</u><br>Authorized to sing for Mr. Koukol<br>On September 8, 2010<br>DAN KOUKOL<br>For Sarrano-Aburto |
| Date:   9-8-10 | By:<u>/s/ Jason Hitt</u><br>Authorized to sign for Mr. Hitt<br>On September 8, 2010<br>JASON HITT<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

DATED: September 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE