**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
**1477 Drew Avenue, Suite 106**
**Davis, California 95618**
**Telephone: 530.759.0700**
**Facsimile: 530.759.0800**

Attorney for Defendant
FERNANDO MURGUIA-OCHOA

WISEMAN LAW GROUP, P. C.
1477 Drew Avenue, Suite 106
Davis, CA 95618
Telephone: 530.759.0700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FERNANDO MURGUIA-OCHOA,

Defendant.

D.C. Case No.: 08-CR-417 MCE

**STIPULATION TO CONTINUE RESENTENCING**

**Date: November 14, 2013**
**Time: 9:00 a.m.**
**Ctrm: Hon. Morrison C. England**

IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Jason Hitt, Assistant United States Attorney, and Joseph J. Wiseman, attorney for defendant FERNANDO MURGUIA OCHOA, that the Re-sentencing Hearing now scheduled for October 3, 2013 at 9:00 a.m., be rescheduled to, November 14, 2013 at 9:00 a.m.

This stipulation is being entered into because Defendant has not yet arrived from South Carolina where is currently serving his sentence.

/ / / / /

/ / / / /

IT IS SO STIPULATED.

Dated: October 2, 2013

Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
FERNANDO MURGUIA OCHOA

Dated: October 2, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Joseph J. Wiseman
For: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for the United States

**PROPOSED ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the re-sentencing in the above-captioned case be continued to November 14, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 12, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT