AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:08-cr-00417-MCE-KJN   Document 215   Filed 03/20/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Fernando Cruz Arreola | ) | Case No:  2:08CR00417-01-MCE |
| aka: Fernando Murguia-Ochoa | ) | |
| | ) | USM No:  18079-097 |
| Date of Original Judgment:  01/06/2012 | ) | |
| Date of Previous Amended Judgment:  12/05/2013 | ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   292   months **is reduced to**   262 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/06/2012   shall remain in effect.
**IT IS SO ORDERED**.

DATED:  03/20/2015

Effective Date:   11/1/2015                             MORRISON C. ENGLAND, JR.
                                                        CHIEF UNITED STATES DISTRICT JUDGE
*(if different from order date)*                        *Printed name and title*