1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FERNANDO MURGUIA OCHOA,              No.  08-cr-0417 MCE CKD

12              Movant,                   No.  15-cv-2430 MCE CKD

13        v.                              ORDER

14   UNITED STATES OF AMERICA,

15              Respondent.

16

17

18        Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter.  The

19   Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings,

20   notify the parties, and make appropriate adjustments in the assignments of civil cases to

21   compensate for such reassignment.

22        IT IS SO ORDERED.

23   Dated:  December 3, 2015

24                                        _____
                                          CAROLYN K. DELANEY
25                                        UNITED STATES MAGISTRATE JUDGE

26   Ocho0417.rec

27

28