1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Movant
   FERNANDO MURGUIA-OCHOA
6

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )   Case No. 2:08-cr-00417 MCE KJN-1
                                       )
12              Respondent,            )   ORDER GRANTING MOVANT'S REQUEST
                                       )   TO VACATE SCHEDULING ORDER AND
13        v.                           )   PERMITTING SUPPLEMENTAL BRIEFING
                                       )
14  FERNANDO MURGUIA-OCHOA,            )
                                       )
15              Movant.               )
                                       )
16  _____)

17

18        On June 1, 2016, movant Murguia-Ochoa, proceeding pro se, filed a supplement to his

19  underlying motion.  (ECF No. 237.)  On June 7, 2016, movant, through counsel, requested that

20  the Court vacate the prior scheduling order and allow supplemental briefing prior to the

21  government's response to the motion filed pursuant to 28 U.S.C. § 2255.  Good cause appearing,

22  movant's request is granted.  Respondent is relieved of the obligation to file a responsive

23  pleading by June 21, 2016.  Now that movant is represented by counsel, the court will disregard

24  the supplemental briefing filed pro se on June 1, 2016.  Counsel should include all arguments in

25  the supplemental briefing now due by July 19, 2016.  Respondent shall file a responsive pleading

26  within thirty days thereafter.  Movant's reply, if any, shall be filed thirty days thereafter.

27  ////

28  ////

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's June 7, 2016 request to file supplemental briefing (ECF No. 238) is granted;

2. Respondent is relieved of the obligation to file a responsive pleading on or before June 21, 2016 (ECF No. 236);

3. Movant's pro se June 1, 2016 supplemental briefing (ECF No. 237) is disregarded; and

4. On or before July 19, 2016, movant, through counsel, shall file the complete supplemental briefing; thirty days thereafter, respondent shall file a responsive pleading; thirty days thereafter, movant may file a reply.

Dated:  June 14, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/murg2255.eot