1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4

5  Attorney for Defendant
   FERNANDO MURGUIA-OCHOA
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            No.  2:08-CR-00417 MCE KJN

11           Plaintiff,
                                        STIPULATION AND ORDER TO CONTINUE
12      v.                              SUPPLEMENTAL BRIEFING SCHEDULE

13 MURGUIA-OCHOA et. al.,

14           Defendants.

15

16      Defendant Fernando Murguia-Ochoa, by and through his undersigned counsel and the

17 United States, by and through its undersigned counsel, hereby stipulate and agree that the date by

18 which the defendant must file the complete supplemental briefing to his motion to vacate, set

19 aside or correct sentence under 28 U.S.C. § 2255 should be continued from July 19, 2016 to

20 September 16, 2016; thirty days thereafter, respondent shall file a responsive pleading; and thirty

21 days thereafter, movant may file a reply.

22 Dated: July 15, 2016                   PHILLIP TALBERT
                                          Acting United States Attorney
23
                                          /s/Jason Hitt
24                                        JASON HITT
                                          Assistant U.S. Attorney
25

26 Dated: July 15, 2016                   /s/ John Balazs
                                          JOHN BALAZS
27                                        Counsel for defendant
                                          FERNANDO MURGUIA-OCHOA
28
                                          1

1 **ORDER**

2       IT IS SO ORDERED.

3 Dated: July 18, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/murg0417.stip