1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4

5  Attorney for Defendant
   FERNANDO MURGUIA-OCHOA
6

7                     UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              No.   2:08-CR-00417-MCE-KJN

11            Plaintiff,
                                           STIPULATION AND ORDER TO CONTINUE
12      v.                                 SUPPLEMENTAL BRIEFING SCHEDULE

13  MURGUIA-OCHOA et. al.,

14            Defendants.

15

16      Defendant Fernando Murguia-Ochoa, by and through his undersigned counsel and the

17  United States, by and through its undersigned counsel, hereby stipulate and agree that the date by

18  which the defendant must file the complete supplemental briefing to his motion to vacate, set

19  aside or correct sentence under 28 U.S.C. § 2255 should be continued from September 16, 2016,

20  to October 14, 2016; thirty days thereafter, respondent shall file a responsive pleading; and thirty

21  days thereafter, movant may file a reply.

22  Dated: September 16, 2016          PHILLIP TALBERT
                                       Acting United States Attorney
23
                                       /s/Jason Hitt
24                                     JASON HITT
                                       Assistant U.S. Attorney
25

26  Dated: September 16, 2016          /s/ John Balazs
                                       JOHN BALAZS
27                                     Counsel for defendant
                                       FERNANDO MURGUIA-OCHOA
28
                                       1

**ORDER**

IT IS SO ORDERED.

Dated:  September 20, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/murg0417.eot2