PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE 2:08-CR-00417-MCE-KJN-1 |
| Plaintiff/Respondent, | STIPULATION AND ORDER RE: BRIEFING SCHEDULE |
| v. | DATE: N/A |
| FERNANDO MURGUIA-OCHOA, | TIME: N/A COURT: Hon. Kendall J. Newman |
| Defendant/Petitioner. | |

        Plaintiff/Respondent United States of America, through its attorney, Assistant U.S. Attorney Ross K. Naughton, and Defendant/Petitioner Fernando Murguia-Ochoa, through his attorney, John P. Balazs, hereby stipulate to amend the previously ordered briefing schedule (*see* ECF 246) as follows: the government's response to Murguia-Ochoa's supplemental brief in support of the Section 2255 petition shall be filed no later than January 13, 2017; and any reply to the government's response shall be filed no later than February 10, 2017.

[*End of page*.]

The government proposed this stipulation to Murguia-Ochoa because it had inadvertently missed the deadline to respond to the supplemental brief in support of the Section 2255 petition.  Murguia-Ochoa graciously agreed to join in the stipulation because he agrees that the Court is best served by permitting the government to file a response, and that he is not unfairly prejudiced thereby. Accordingly, the parties ask that the Court adopt their stipulation to amend the previously ordered briefing schedule.

Respectfully submitted,

Dated:  January 3, 2017                                         Dated:   January 3, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ Ross K. Naughton                              /s/ John P. Balazs
ROSS K. NAUGHTON                          JOHN P. BALAZS
Assistant U.S. Attorney                          Assistant Federal Defender
Attorney for Plaintiff                             Attorney for Defendant/Petitioner
UNITED STATES OF AMERICA             FERNANDO MURGUIA-OCHOA

* * *

## <u>ORDER</u>

Pursuant to the parties' stipulation, and good cause appearing, the previously ordered briefing schedule (*see* ECF 246) is hereby AMENDED as follows: the government's response to Murguia-Ochoa's supplemental brief in support of the Section 2255 petition shall be filed no later than January 13, 2017; and any reply to the government's response shall be filed no later than February 10, 2017.

**SO ORDERED** on January  4, 2017.

Dated:  January 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/murg0417.eot2