John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FERNANDO MURGUIA-OCHOA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDO MURGUIA-OCHOA,<br><br>    Defendant. | No. 2:08-CR-0417-MCE-KJN<br><br>**STIPULATION AND ORDER** |

Defendant, FERNANDO MURGUIA-OCHOA, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Ross Kerr Naughton, hereby stipulate to extend the due date for the filing of defendant's supplemental reply brief to the government's opposition to his motion under 28 U.S.C. § 2255 from February 10, 2017, to February 24, 2017.

///

///

///

Stipulation and Order                             1

This request is made because the defendant needs additional time to research and prepare the supplemental reply brief.

Dated:  February 6, 2017                    Dated:   February 6, 2017

PHILLIP TALBERT
Acting United States Attorney

 /s/ *Ross Kerr Naughton*                     /s/*John Balazs*
Ross Kerr Naughto                             JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                        Attorney for Defendant
UNITED STATES OF AMERICA                      FERNANDO MURGUIA-OCHOA

**ORDER**

IT IS SO ORDERED.

Dated:  February 13, 2017

/murg0417.eot.stip

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE