UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | No. 2:08-cr-0417 MCE KJN P |
| Respondent, | |
| v. | ORDER |
| FERNANDO MURGUIA-OCHOA, aka FERNANDO CRUZ ARREOLA, | |
| Movant. | |


Movant is a federal prisoner, proceeding through appointed counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On March 4, 2019, movant filed an unopposed motion for extension of time in which to file objections to the pending findings and recommendations. Good cause appearing, movant's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for extension of time (ECF No. 265) is granted; and

2. Movant shall have until April 12, 2019, in which to file objections.

Dated: March 6, 2019

Kendall J. Newman

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/murg0417.eot

1