JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Petitioner
FERNANDO MURGIA-OCHOA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MURGIA-OCHOA,<br><br>Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff. | No. 2:08-CR-00417-MCE-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |

Defendant Fernando Murguia-Ochoa, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court extend the time to file objections to the magistrate judge's findings and recommendations from April 12, 2019 to May 10, 2019. The reason for this request is that defense counsel needs additional time to consult with the defendant and prepare the objections. Among other cases, counsel has a reply brief due April 12, 2019 in the California Supreme Court in *In re Petersen,* S249604, and is scheduled for a conference before the U.S. Department

1

of Justice's Capital Review Committee in Washington D.C. on April 29, 2019, regarding a decision on whether the government will seek the death penalty in *United States v. Gallardo,* N.D. Cal. No. 3:18-CR-0019-RS.

Further, counsel expects to take leave and be out of town for a family funeral from April 12 to April 20, 2019.

Respectfully submitted,

Dated: April 2, 2019 /s/ John Balazs
John Balazs
Attorney for Defendant
Fernando Murguia-Ochoa

Dated: April 2, 2019 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED** that the parties' stipulation (ECF No. 267) is granted, and the deadline to file objections to the February 26, 2019 findings and recommendations (ECF No. 264) is extended to May 10, 2019.

Dated: April 4, 2019

/murg0417.eot2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE